619 A.2d 1062

**COMMONWEALTH of Pennsylvania, OFFICE OF ATTORNEY GENERAL**

v.

**Larry A. COLBERT, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1993.

Decided Feb. 17, 1993.

Reargument Denied July 7, 1993.

Ralph B. Pinskey, Harrisburg, for Larry A. Colbert.

Susan J. Forney, John G. Knorr, III, Calvin R. Koons, Harrisburg, for the Com.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.